AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | |
|---|---|
| United States of America<br>v.<br><br>Sheldon John KENNEDY<br><br><br>*Defendant(s)* | )<br>)<br>)  Case No.  4:19 mj 73-CLR<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 12, 2019  in the county of  Effingham  in the
Southern District of  Georgia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Attempt to possess with intent to distribute a controlled substance |
| 21 U.S.C. § 843(b) | Use of communication facility (mail) to distribute controlled substance |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein by reference and made part of this criminal complaint.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Thomas Plumley, Special Agent (USPIS)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/16/19

_____
*Judge's signature*

City and state:  Savannah, GA   Christopher L. Ray, U.S. Magistrate Judge
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| United States of America | ) |
| v. | ) Case No. 4:19-mj-73-CLR |
| Sheldon John KENNEDY | ) |
| Defendant | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Sheldon John KENNEDY,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

On or about September 12, 2019, in Effingham County, within the Southern District of Georgia, the defendant did attempt to possess with intent to distribute Tramadol, a schedule IV controlled substance, and Etizolam, a schedule IV controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and did also knowingly and intentionally use a communication facility (mail) to commit a felony under Title 21, United States Code, Section 841, that is, attempt to possess with intent to distrbite a controlled substance, as further described in the attached affidavit.

Date: 9/16/19

*Issuing officer's signature*

U.S. Magistrate Judge
*Printed name and title*

City and state:   Savannah, GA

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT

Your Affiant, Thomas Plumley, being duly sworn herby deposes and states as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.   I am a United States Postal Inspector with the United States Postal Inspection Service in Savannah, Georgia. I am an investigator or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered to conduct investigations and to make arrests. I have been a duly authorized U. S. Postal Inspector with the United States Postal Inspection Service since August 2013. During that time, I have received training in narcotics trafficking involving the unlawful transportation and distribution of controlled substances. I have communicated with other federal and state law enforcement officers who also specialize in these areas. Prior to becoming a Postal Inspector, I was a U.S. Probation Officer for seventeen (17) years. During my tenure as a probation officer I had significant involvement with illegal drug investigations. I have participated in investigations involving possession with intent to distribute and distribution of controlled substances. I have participated in interdictions, controlled deliveries, seizures and search warrants which resulted in criminal arrest and prosecution. As a result of my training and experience, I am aware that Express Mail, International Express Mail and Priority Mail services are regularly used by drug traffickers to ship controlled substances and bulk cash through the United States Mail.

2.   Your affiant is currently investigating the activities of Sheldon John KENNEDY, whom your affiant believes attempted to possess controlled substances with intent to distribute, knowingly or intentionally using any communication facility in committing or in causing or facilitating the committing of any act or acts constituting a felony, and attempts to do the same,

in violation of Title 21, United States Code, §§ 841(a)(1) and 843(b). These acts occurred in Effingham County and Chatham County in Georgia, which are located within the Southern District of Georgia. Your affiant submits this complaint in support of an arrest warrant for Sheldon John KENNEDY.

3. The facts in this affidavit come from your affiant's personal observations, training and experience, and information obtained from other law enforcement officers, agents, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of your affiant's knowledge about this matter.

## PROBABLE CAUSE

4. The United States, including The United States Postal Inspection Service (USPIS), Homeland Security Investigations (HSI), and the Chatham County Sheriff's Office are investigating Sheldon KENNEDY for a dark web drug distribution ring. Based on prior physical surveillance, and border searches, Agents have discovered that KENNEDY is shipping controlled substances through the US Mail from the Southern District of Georgia to customers throughout the United States.

5. In August 2019, using postal service databases I identified USPS Priority Mail (PM) parcels being shipped from Springfield and Rincon, Georgia that appeared to be related to dark web narcotics sales. Specifically, I found parcels containing the return address of "Lloyd Holley, 7306 GA Highway 21, Suite 101, Port Wentworth, Georgia 31406". I learned that this return address is a UPS Store, located at 7306 GA Highway 21, Port Wentworth, GA 31407. Postal databases revealed that between August 7, 2019 and September 1, 2019, approximately 43 parcels were shipped via the USPS from Springfield and Rincon, Georgia using the return address of Lloyd Holley, 7306 GA Highway 21, Suite 101, Port Wentworth, Georgia throughout

the United States.

6. On August 20, 2019, I went to the UPS Store in Port Wentworth, Georgia and learned that they had no records of a Lloyd Holley renting a PO Box at their store.

7. On September 9, 2019, I intercepted approximately twenty (20) USPS PM parcels from the US Post Office in Springfield, Georgia, that all had the return address of Lloyd Holley, 7306 GA Highway 21, Suite 101, Port Wentworth, Georgia. All of these parcels were similar in nature and bore USPS PM easypost electronic postage. I secured two parcels, one which was addressed to James Coe, 19731 Skipper Road, North Fort Myers, FL 33917-4854 and the second which was addressed to David Phillips, 2026 Deadening Rd, Chipley, FL 32428-3715.

8. On September 10, 2019, I forwarded the two parcels to Postal Inspectors in Tallahassee and Fort Myers, Florida for further investigation, the remaining eighteen (18) parcels were returned to the mail stream.

9. On September 10, 2019, I was advised by postal employees in Springfield, GA that the individual who dropped off the parcels had a PO Box at the Springfield Post Office. Further investigation revealed that Sheldon John KENNEDY, opened PO Box 2069, Springfield, Georgia on August 19, 2019. In addition, employees identified KENNEDY as the individual who dropped off the twenty (20) parcels on September 9, 2019. Using postal service database, I learned that KENNEDY has received multiple international express mail parcels at his PO Box in Springfield, GA. I reviewed a copy of his USPS PO Box Application, PS Form 1093 and noted that he listed 180 Blackwater Way, Springfield, GA 31329 as his address.

10. On September 10, 2019, HSI Special Agent Harley Snipes learned that on August 16, 2019, U.S. Customs and Border Protection (CBP) Officers at the John F. Kennedy Airport, New York seized a parcel from Singapore bearing USPS International tracking number

3

LT010047271SG addressed to Sheldon Kennedy at 180 Blackwater Way, Springfield, Georgia 31329. The parcel contained approximately 475 grams of Tramadol. In addition, on September 3, 2019, CBP Officers seized an additional 400 grams of Tramadol in a parcel bearing USPS International tracking number LS850203864CH, addressed to Sheldon Kennedy, at 180 Blackwater Way, Springfield, Georgia, 31329. In addition, using postal service databases, I was able to locate images and tracking information of approximately sixteen (16) additional international parcels, from Singapore, Germany and Switzerland, which were shipped to KENNEDY's residence at 180 Blackwater Way, Springfield, GA 31329. These parcels are consistent in nature of the seized parcels listed in paragraph 12. These parcels were all addressed to either, "Sheldon Kennedy or Mr. Kennedy". The descriptions listed on the customs labels for these parcels was one of the following: "Tablets", "Supplement", and " Healthcare Product".

11. On September 11, 2019, I went to the UPS Store in Port Wentworth and learned that Sheldon KENNEDY applied for PO Box 173 at the UPS Store, located at 7306 GA Highway 21, Suite 101, Port Wentworth, Georgia, 31407. KENNEDY provided a copy of his Georgia Driver's License and a State Farm Fire and Casualty Company Renters Application Binder Receipt, listing 180 Blackwater Way, Springfield, Georgia 31329, as his residence. In addition, 180 Blackwater Way, Springfield, GA 31329, is listed on the Georgia Driver's license he presented to the UPS Store.

12. On September 12, 2019, Postal Inspectors and other law enforcement officers conducted a knock and talk at 19731 Skipper Road, North Fort Myers, Florida. They received consent to open the parcel that was shipped by Sheldon Kennedy on September 9, 2019. The parcel contained 180 tablets in blister packs labeled as Tramadol, a controlled substance, which have been seized as evidence.

13. On September 12, 2019, Postal Inspectors conducted a knock and talk at 2026 Deadening Rd, Chipley, FL 32428. They received consent to open the parcel that shipped by Sheldon Kennedy on September 9, 2019. The parcel contained 180 tablets in blister packs labeled as Modafinil, a controlled substance, which have been seized as evidence.

14. While at the UPS store I observed one international parcel that was addressed to KENNEDY that was ready for delivery to his PO Box located in the UPS Store.

15. On September 12, 2019, I intercepted three USPS International parcels, the first one bearing tracking number LT90014959SG, which was mailed from Singapore and addressed to "Mr. Kennedy, PO Box 2069, Springfield, GA 31329".

16. On the same date, your affiant met with Homeland Security Investigations Special Agent Harley Snipes at the Springfield Post Office, Springfield, GA 31329, located in the Southern District of Georgia. Agent Snipes used his extended border search authority and opened the parcel in this affiant's presence. Inside the parcel Agent Snipes located approximately 500 tablets in boxes labeled Etizolam, a controlled substance.

17. The second parcel bore tracking number LT100027536SG, was mailed from Singapore and addressed to "Mr. Kennedy, PO Box 2069, Springfield, GA 31329".

18. Agent Snipes used his extended border search authority and opened the parcel in this affiant's presence. Inside the parcel Agent Snipes located approximately 500 tablets in blister packs, labeled as Tramadol, a controlled substance.

19. The parcel bore tracking number LT100017905SG, was mailed from Singapore and addressed to "Mr. Kennedy, PO Box 2069, Springfield, GA 31329".

20. Agent Snipes once again used his extended border search authority and opened the parcel in this affiant's presence. Inside the parcel Agents Snipes located approximately 500

tablets in blister packs labeled Zopiclone, a controlled substance.

21. Later that same date, your affiant was conducting surveillance and observed Sheldon Kennedy at the UPS Store located in Port Wentworth, Georgia retrieve a USPS International parcel from PO Box 173 located within the UPS Store. A short while later, I was able to intercept three additional USPS International parcels that had been delivered to Kennedy at the UPS store, but had not yet been delivered. All three of these parcels were addressed to Sheldon Kennedy, 7306 GA Hwy 21, Suite 101, #173, Port Wentworth, GA 31407 and were mailed from Singapore. They bore the following tracking numbers: LT100027920SG, LT100017984SG and LT90014928SG.

22. On September 13, 2019, I intercepted two additional USPS International parcels addressed to Sheldon Kennedy, 7306 GA Hwy 21, Suite 101, #173, Port Wentworth, GA 31407. Both of these parcels were shipped from Singapore and bore the following tracking number: LT100067725SG and LT100056183SG.

22. On September 13, Agent Snipes using his extended border search authority and opened parcel all five parcels in your affiant's presence. The parcel bearing tracking number LT100027920SG, contained approximately 500 tablets in blister packs, labeled as Tramadol, a controlled substance. The parcel bearing tracking number LT100017984SG contained approximately 500 tablets in blister packs, labeled as Etizolam, a controlled substance. The parcel bearing tracking number LT90014928SG contained approximately 500 tablets in blister packs, labeled as Etizolam, a controlled substance. The parcel bearing tracking number LT100067725SGSG contained approximately 500 tablets in blister packs, labeled as Tramadol, a controlled substance. The parcel bearing tracking number LT100056183SGSG contained approximately 500 tablets in blister packs, labeled as Etizolam, a controlled substance.

## CONCLUSION

30. Based upon all of the foregoing information, Your Affiant respectfully submits that there is probable cause to believe that Sheldon John KENNEDY committed violations of 21 U.S.C. §§ 841 and 843(b), and respectfully requests that the Court issue an arrest warrant for Sheldon John KENNEDY.

_____
Thomas Plumley
Postal Inspector

Subscribed and sworn to before me this 16th day of September 2019.

_____
HON. CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA